RAYMOND *against* SMITH.

THIS was an action of debt on a judgment, in which the defendant had pleaded *nul tiel record,* with notice, that he should give in evidence, under that plea, his discharge under the insolvent act.

*Sedgwick,* for the defendant, moved to set aside the judgment which had been obtained on the issue, so as to allow him to avail himself of the matter of defence stated in the notice. He read an affidavit of merits.

*Shepherd,* contra.

*Per Curiam.* The plea of *nul tiel record* is not that general issue intended by the statute, under which the defendant is authorized to give notice of the special matter of defence of which he intends to give evidence at the trial. The statute has reference to such issues only as are to be tried by the country. The defendant ought to have pleaded his discharge specially.

Motion denied.